| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 2:91CR00033(PCD) |
| | | DOCKET NUMBER *(Rec. Court)* |

FILED

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| DAVE A. CHRISTIAN | CONNECTICUT | NEW HAVEN |

2004 NOV 18  P 12

| | NAME OF SENTENCING JUDGE |
| --- | --- |
| | The Honorable Peter C. Dorsey |

U.S. DISTRICT COURT
NEW HAVEN, CT

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/04/2003 | TO 06/03/2008 |
| --- | --- | --- | --- |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Cocaine; 21 U.S.C. §§ 846 and 841(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/31/04
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN  DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10 - 14 - 04
_____
Effective Date

_____
United States District Judge